

# Missouri Court of Appeals
## Southern District

**FEBRUARY 2, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD34009

     Re:   DEBBIE K. MCLALLEN and
           MONTY G. MCLALLEN,
           Plaintiffs-Respondents,
           vs.
           MIKE ATKINS,
           Defendant-Appellant.